District Court Judge Giles
Eastern District of Virginia
Alexandria Division

July 11, 2023

RE Case No 1:22-CV-01214-AJT-IDD

Dear Judge: Giles:

I am the Pro Se Plaintiff in the above case. I write to respectfully request an extension of time from August 24, 2023 to October 30, 2023 to file my case.

This is my first such request for an extension

The reason for the extension of (60 days)
My counsel was terminated because they were not operating in my best interest;
I need to raise more money because my counsel failed to properly handle my retainer and did not communicate properly
I am currently seeking new counsel.

Respectfully submitted

Clarence Sims
*Clarence Sims*

FILED 2023 JUL 11 A 11:49