**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| CLARENCE SIMS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-1214 (PTG/IDD) |
| | ) | |
| THE COMMONWEALTH OF VIRGINIA, | ) | |
| | ) | |
| *Defendant*. | ) | |

**ORDER**

This matter comes before the Court on Plaintiff Clarence Sims' Motion for an Extension of Time ("Motion"), which was filed on July 11, 2023. Dkt. 52. In the Motion, Plaintiff requests "an extension of time from August 24, 2023 to October 30, 2023 to file [his] case." *Id.* In other words, Plaintiff requests that the Court stay the action until October 30, 2023.

The Court does not find good cause to stay the action. Plaintiff's previous attorneys filed a Motion to Withdraw (Dkt. 49) on June 5, 2023, which the Court granted on June 6, 2023 (Dkt. 51). The Court already set a hearing in this matter for August 24, 2023 at 10:00 am on Defendant's Motion to Dismiss (Dkt. 40). Defendant's Motion to Dismiss is fully briefed. Upon consideration and for lack of good cause shown, it is hereby

**ORDERED** that Plaintiff's Motion (Dkt. 52) is **DENIED**; and it is further

**ORDERED** that the hearing on Defendant's Motion to Dismiss (Dkt. 40) on August 24, 2023 at 10:00 am will proceed as scheduled.

Entered this 20th day of July, 2023
Alexandria, Virginia

Patricia Tolliver Giles
United States District Judge